IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH H. JANSEN, | ) CIVIL ACTION NO. 05-CV-01071 |
| Plaintiff, | ) JUDGE AMBROSE |
| | ) MAGISTRATE JUDGE MITCHELL |
| vs. | ) |
| BESTTRANSPORT.COM, INC., | ) |
| Defendant. | ) |

## STIPULATION TO BINDING ARBITRATION

Counsel for Plaintiff and counsel for Defendant formally stipulate and agree to binding arbitration of this case.

_David E Rundquist_
Michael W. Brant, Esquire
Pa. I.D. No. 49726
David E. Rundquist, Jr., Esquire
Pa. I.D. No. 49636
Brant & Associates
4160 Washington Road
Suite 208
McMurray, PA 15317
Phone: (724) 942-2120
*Attorney for Plaintiff*
*Keith H. Jansen*

_Maureen P. Kelly_
Maureen P. Kelly
Pa. I.D. No. 51123
BABST, CALLAND, CLEMENTS
& ZOMNIR, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
Phone: (412) 394-6438
*Attorney for Defendant*
*BestTransport.com, Inc.*

Approved. This case is Closed

_Donetta W. Ambrose_
2/28/07